UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ROBERT RAFAEL SANDOVAL, | CV 13-2559-CBM (SH) |
| Petitioner, | ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| E. VALENZUELA, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Final Report and Recommendation of the United States Magistrate Judge, *including objections to Report* and has made a de novo determination of the Final Report and Recommendation. The Court concurs with and accepts the conclusions of the Magistrate Judge.

IT IS ORDERED that the 1) judgment is entered dismissing the action with respect to the second claim alleged in the Petition with prejudice; and 2) Judgment

1

is entered dismissing the action with respect to the first claim alleged in the Petition without prejudice.

    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 8/20/2013

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE