# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ROBERTO RAFAEL SANDOVAL,<br><br>Petitioner,<br><br>v.<br><br>E. VALENZUELA, Warden,<br><br>Respondent. | CV 13-2559-CBM (SH)<br><br>JUDGMENT |

IT IS ADJUDGED that the second claim in the Petition is dismissed with prejudice and the first claim in the Petition is dismissed without prejudice.

DATED: 8/20/2013

CONSUELO B. MARSHALL
UNITED STATES DISTRICT E JUDGE